# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0697
Lower Tribunal No. 2017-DR-000321

_____

JAMES LINWOOD SOMERS,

Appellant,

v.

MELISSA MICHELLE SOMERS,

Appellee.

_____

Appeal from the Circuit Court for Highlands County.
Heather Beato, Judge.

December 16, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and PRATT, JJ., concur.


Mark A. Sessums, of Sessums Law Group, P.A., Tampa for Appellant.

Dorothy F. Easley, of Easley Appellate Practice, LLC, Miami, and Alison Copley, Copley & Hargaden, P.A., Sebring, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED